UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 20 2013
Clerk, U.S. District and
Bankruptcy Courts

IN RE APPLICATION OF THE           )
UNITED STATES OF AMERICA FOR       )   MISC. NO. 13-460
AN ORDER PURSUANT TO               )
18 U.S.C. § 2703(d)                )
                                   )   **Filed Under Seal**

## ORDER

The United States has submitted an motion for the withdraw of this Court's May 7, 2013, Order pursuant to 18 U.S.C. § 2703(d) requiring Google Incorporated ("Google"), an Internet Service Provider of electronic communication and remote computing services, headquartered at 1600 Amphitheater Parkway Mountain View, California, to disclose certain records and other information pertaining to the email account ▮▮▮▮▮▮▮▮▮▮. For the reasons stated in the United States' motion, it is hereby:

ORDERED that his Court's May 7, 2013, Order is VACATED; and

IT IS FURTHER ORDERED that the United States' motion and this Order are sealed until otherwise ordered by the Court.

_____
United States Magistrate Judge

5-20-13
Date

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _____
Deputy Clerk
5/20/13